UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 01-CR-0567-GPC |
| Plaintiff, | ) |
| | ) JUDGMENT AND ORDER OF |
| v. | ) DISMISSAL OF PETITION AND |
| | ) RECALL THE ARREST WARRANT |
| EDRICA LOPEZ, | ) |
| | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Petition in the above entitled case be dismissed without prejudice and the Arrest Warrant be recalled.

**IT IS SO ORDERED.**

Dated: April 23, 2021

Hon. Gonzalo P. Curiel
United States District Judge